UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JORGEL ALEXANDER AGUDELO SILVA,

              Petitioner,

    v.                                        **ORDER TO SHOW CAUSE**
                                            26-CV-1709-OEM

RAUL MALDONADO, JR., *et al.*,

              Respondents.
------------------------------------------------------------x

**NATASHA C. MERLE**, United States District Judge:

      Upon consideration of the Petition for Writ of Habeas Corpus, Dkt. 1 ("Petition"), IT IS

HEREBY ORDERED that:

1. Petitioner shall cause a copy of this order and the Petition to be served on Respondents by **March 23, 2026**;

2. Petitioner shall file proof of service on the docket by **March 24, 2026**;

3. Respondents are ORDERED to file a return to the order to show cause why the Petition should not be granted by **March 26, 2026**, *see* 28 U.S.C. § 2243;

4. The parties are further ORDERED to appear for a hearing on the Petition on **Friday, March 27, 2026, at 11:30 a.m.** in Courtroom 6C South before Judge Orelia E. Merchant. Alternatively, the parties may file a joint letter by **March 26, 2026**, indicating that they waive the hearing and consent to the Court issuing a decision on the submissions;

5. Moreover, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the Eastern District of New York until further order of this Court. *M.K. v. Joyce*, 25-cv-01935-JMF, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.").

SO ORDERED.

                                     */s/ Natasha C. Merle*
                                    NATASHA C. MERLE
                                    United States District Judge
                                    Miscellaneous Duty Judge Week of March 22, 2026

Dated: Brooklyn, New York
       March 23, 2026